IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL DOCKET CASE#: 2:12-CR-015-RWS-JCF |
| CELIA SAVAGE | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now, CELIA SAVAGE, Defendant in the above-styled action, by and through undersigned counsel and hereby requests the Court modify the terms of her pre-trial release. In support of this Motion, Ms. Savage shows as follows:

(1)

Ms. Savage is the lone defendant named in a three count indictment charging weapons and explosive related offenses.

(2)

The magistrate judge originally ordered Ms. Savage detained without bond pending trial.

(3)

However, on July 18, 2012, this Court reversed the magistrate court and ordered that Ms. Savage be released on twenty five thousand dollar ($25,000.00)

property bond with, among other conditions, she be on home detention and location monitoring.

(4)

Ms. Savage has been free on bond and in compliance with the Court's conditions since that time.

(5)

During the time Ms. Savage has been on bond, this Court has given her permission to travel out of state to attend a work related functions and has temporarily modified her conditions of release to allow her to attend family functions.

(6)

In each instance, Ms. Savage, as has been the case with all other conditions of bond, has complied without incident.

(7)

Recently, Ms. Savage has obtained employment as a waitress at Cheddars, a restaurant in Gainesville, Georgia.

(8)

Ms. Savage's work schedule varies from week to week (some days she works an early shift and has to be at the restaurant by 9:00 a.m. to set up, while other days she works a late shift and will not leave the restaurant at 12:45 p.m.) and as such it

is difficult for the probation officer to monitor her given the current condition of home detention (the probation officer has to set her schedule in advance and program the appropriate coordinates for the associated times).

(9)

Modifying Ms. Savage's conditions to remove home detention and replacing that condition with a curfew requirement would significantly alleviate the difficulties in monitoring Ms. Savage's pretrial release.

(10)

It is believed that an appropriate curfew would be that Ms. Savage is to be home each night by 1:30 a.m., and remain at home until 8:00 a.m.

(11)

Ms. Savage's probation officer, Mark Davis, has been contacted and he has no objection to Ms. Savage's conditions being modified to replace home detention with a curfew.[1]

WHEREFORE, Ms. Savage requests that this Court issue an order modifying her conditions of pretrial release to replace home detention with a curfew directing that she be home between the hours of 1:00 a.m. and 8:00 a.m., each day (a proposed order is attached).

---

[1] The specifics of the curfew have not been discussed with Mr. Davis.

Dated, this the 16th day of July, 2013.

                                    Respectfully submitted,

                                    *s/Jeffrey L. Ertel*
                                    JEFFREY L. ERTEL
                                    Georgia Bar. No. 249966

                                    ATTORNEY FOR MS. SAVAGE

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

## CERTIFICATE OF SERVICE

This is to certify that the forgoing, in compliance with Local Rule 5.1, is formatted in Times New Roman, 14 Point and electronically filed and served upon counsel for the Government:

>William McKinnon, Esquire
>Assistant United States Attorney
>Richard B. Russell Building
>75 Spring Street, S.W.
>Atlanta, Georgia  30335

This 16th day of July, 2013.

*s/Jeffrey L. Ertel*
