IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. #: | CRIMINAL DOCKET CASE 2:12-CR-015-RWS-JCF |
| CELIA SAVAGE | |

### ORDER

Upon Motion by the Defendant, it is hereby ORDERED that the conditions of Ms. Savage's pretrial release be modified to **REMOVE** THE CONDITION OF HOME DETENTION and **ADD** THE CONDITION OF A CURFEW WHEREBY MS. SAVAGE WOULD BE REQUIRED TO BE HOME BETWEEN THE HOURS OF 1:00 a.m. and 8:00 a.m. EACH DAY.

SO ORDERED, this 18th day of July, 2013.

_____
The Honorable Richard W. Story
United States District Judge